jbugalski
8/29/2017, 9:45 AM
APPROVED

## Rotherham & Company, P.C.

2308 W. Altorfer Drive
Peoria, IL  61615

(309) 692-3190

EM Lodging, LLC
533 Main St.
Suite 358
Peoria IL 61602
Gary Matthews

Invoice No.:  10187                                   Client Code:  198.5
Date:         August 1, 2017                          Page No.:  1

For Professional Services Rendered

Preparation of the Federal and State Partnership Income Tax Returns for the Year Ended
12/31/16.

Amount Due:  $ 8,985.00

*handwritten:* Ok to BTL owners rep
M. Rose - 8/28/17
$8,985.00

*stamp:*
Income tax preparation
COMPANY NO.  PEF2
VENDOR NO.  ROTCOM
ACCOUNT NO.  71210-96
INVOICE AMT.  8,985.00
APPROVED BY  IC