## SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*Please return this page with your payment.*

David J. Manderscheid
Vice President & Assistant General Counsel
Marriott International, Inc.
Dept. 52/923.27
10400 Fernwood Road
Bethesda, MD 20817

SMRH Tax ID 95-1463164
October 16, 2017
Invoice 350025793

Our Matter No.   17ZN-253349
                 Marriott Int'l - Fairfield Inn and Suites - Peoria
Billing Atty:    David D'Amour

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 13, 2017

| | |
|---|---|
| Current Fees | $ 7,594.50 |
| Current Disbursements | $ 20.10 |
| Total Current Activity | $ 7,614.60 |
| Fee Discount | $ (759.45) |
| Total Due for This Invoice | $ 6,855.15 |

Payment Terms:  Balance due upon receipt of this statement.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address: WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number: 496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms: Balance due upon receipt of this statement.

## SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

17ZN-253349  Marriott Int'l - Fairfield Inn and Suite
David D'Amour

October 16, 2017
Invoice 350025793
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 10/13/17

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 06/01/17 | Revised draft amendment to Franchise Agreement. | 2445 | .60 hrs. |
| 06/01/17 | Finalized proof of claim and addendum for filing. | 3112 | .30 hrs. |
| 06/07/17 | Revised client update with status of adequate assurance status. | 3234 | .10 hrs. |
| 08/07/17 | Reviewed bankruptcy case docket for case update and status of case and drafted client report regarding same. | 3234 | .60 hrs. |
| 08/11/17 | Reviewed docket and notice from the clerk's office with respect to Debtor's motion for authority to pay fees and sent correspondence to D. D'Amour (SMRH) regarding same. | 3234 | .20 hrs. |
| 08/23/17 | Reviewed August 16, 2017 order authorizing reimbursement and drafted client report regarding same. | 3234 | .30 hrs. |
| 09/07/17 | Drafted client update regarding status of bankruptcy case. | 3234 | .20 hrs. |
| 09/18/17 | Analyzed NCB relief from stay for issues relevant to Marriott (1.1). Drafted client report regarding same (0.1). | 3234 | 1.20 hrs. |
| 09/29/17 | Corresponded re stay relief hearing and negotiations with debtor. | 2445 | 1.40 hrs. |
| 09/29/17 | Analyzed issues relating to October 3 cash collateral hearing. | 3234 | .20 hrs. |
| 10/02/17 | Prepared for stay relief hearing and reviewed ████████ ████████████████. | 2445 | 1.70 hrs. |
| 10/03/17 | Attended telephonic hearing re lender's motion for stay relief. | 2445 | .70 hrs. |
| 10/03/17 | Attention to franchise agreement defaults, cure agreement and lender's stay relief motion. | 2445 | 2.80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

17ZN-253349  Marriott Int'l - Fairfield Inn and Suite
David D'Amour

October 16, 2017
Invoice 350025793
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 10/03/17 | Drafted report on effect of cash collateral motion on franchise agreement. | 3234 | .20 hrs. |
| 10/04/17 | Corresponded re franchise agreement defaults and lender stay relief issues. | 2445 | .60 hrs. |
| 10/06/17 | Drafted client report regarding NCB's motion for relief from stay and results of October 3 hearing. | 3234 | .30 hrs. |
| 10/10/17 | Corresponded re adequate assurance issues. | 2445 | .40 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 2445 | David D'Amour | 8.20 | $ 645.00 | $ 5,289.00 |
| 3234 | Michael Driscoll | 3.30 | $ 655.00 | $ 2,161.50 |
| 3112 | Sophia J. Solomon | .30 | $ 480.00 | $ 144.00 |

| | |
|---|---|
| Current Fees | $ 7,594.50 |
| Fee Discount | $ (759.45) |
| **Total Fees for Professional Services** | **$ 6,835.05** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

17ZN-253349  Marriott Int'l - Fairfield Inn and Suite
David D'Amour

October 16, 2017
Invoice 350025793
Page 4 of 4

## SUMMARY OF DISBURSEMENTS

| | |
|---|---:|
| PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 08/01/17 - 08/15/17. | 4.80 |
| PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 08/16/17 - 08/31/17. | 4.00 |
| PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 09/1/17 - 09/15/17. | 1.60 |
| PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 09/16/17 - 09/31/17. | 9.70 |

**Total Disbursements**  $ 20.10