**Law Office of Laura Faibish**
952 Old County Road
Severna Park, MD 21146

10-13-2017

**Marriott International, Inc.**
10400 Fernwood Road
Bethesda, MD 20817

**Bill Number: 2006**
Bill Period: 06-01-2017 - 10-12-2017

**RE: (DM) FFIS Peoria East - LSR #16-13188**

**Time Detail**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-01-2017 | Laura Faibish | Discussed further changes to draft agreement for adequate assurances with co-counsel. | 0.500 | 425.00 | 212.50 |
| 06-01-2017 | Adam Graber | Revised agreement for adequate assurances. Discussion with co-counsel and correspondence with bankruptcy counsel. | 2.250 | 250.00 | 562.50 |
| 06-08-2017 | Laura Faibish | Further revised draft agreement for adequate assurances and sent to S. Bourne. Sent update to bankruptcy counsel regarding same. Updated transaction notes. | 0.750 | 425.00 | 318.75 |
| 06-13-2017 | Laura Faibish | Reviewed comments to draft agreement for adequate assurances. Correspondence with bankruptcy counsel. Negotiations with S. Bourne. | 0.750 | 425.00 | 318.75 |
| 07-07-2017 | Laura Faibish | Correspondence with S. Bourne. Updated transaction notes. | 0.250 | 425.00 | 106.25 |
| 08-07-2017 | Adam Graber | File close-out. | 0.500 | 180.00 | 90.00 |
| 09-28-2017 | Laura Faibish | Telephone call with client. Correspondence with bankruptcy counsel. | 1.250 | 425.00 | 531.25 |
| 09-29-2017 | Laura Faibish | Telephone call with S. Givens, new restructuring consultant to debtor, and correspondence with C. Ryan, debtor's new counsel. Telephone call with J. McCarthy. Conference call with co-counsel. Updated client. | 3.750 | 425.00 | 1,593.75 |
| 10-02-2017 | Laura Faibish | Further correspondence with C. Ryan. Telephone call with client. Telephone call and correspondence with bankruptcy counsel. | 1.250 | 425.00 | 531.25 |
| 10-03-2017 | Laura Faibish | Correspondence with client. Telephone call with J. McCarthy. Further correspondence with client. | 1.100 | 425.00 | 467.50 |
| 10-04-2017 | Laura Faibish | Further correspondence with C. Ryan. Telephone call with client. Drafted response to email from C. Ryan. Correspondence with bankruptcy. Sent response to C. Ryan. Correspondence with client. Further correspondence with C. Ryan. | 1.930 | 425.00 | 820.25 |
| 10-05-2017 | Laura Faibish | Correspondence with client. | 0.180 | 425.00 | 76.50 |
| 10-12-2017 | Laura Faibish | Follow-up correspondence to C. Ryan. Telephone call with J. McCarthy. Correspondence with bankruptcy counsel. | 0.680 | 425.00 | 289.00 |

**Total Fees** 5,918.25
**Total for this Bill** 5,918.25