First Hospitality Group, Inc.
10275 W. Higgins Road
Suite 300
Rosemont, IL 60018

# INVOICE

**Customer:** EM Lodgings, LLC - Fairfield Inn East Peoria, IL

**Date:**   11/1/2017

Hours spent on Bankruptcy items

**Oct-17**

Hours worked     25.00    x    $ 60.00    =    1,500.00
(see attached details)

**TOTAL AMOUNT DUE**                                   $   1,500.00

**EM Lodgings, LLC**
Hourly Billing Detail
October 31, 2017

Case: 17-80150

| Date | Time Spent | Person | Description |
|---|---|---|---|
| 10/2/2017 | 0.75 | Carol/ Brian | Emails to attorney regarding bank account balances and prepare weekly revenue and expense report. |
| 10/6/2017 | 0.50 | Carol | Produced trailing 12 (old entity) report for and emailed to EM Lodgings for broker and lender requirement in refinancing. |
| 10/9/2017 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 10/10/2017 | 0.50 | Carol | Emails to Brian and then Laura at EM Properties for FFE escrow information requested by Gary Matthews. |
| 10/11/2017 | 0.50 | Carol | Emails and support sent to Attorney to request fee payment increase for FHG's bankruptcy fee's. |
| 10/12/2017 | 2.50 | Carol | Worked on June bankruptcy court reports. |
| 10/13/2017 | 0.50 | Carol | Emails and phone call with Laura at EM Properties regarding Quartly Trustee fee invoice handeling. |
| 10/18/2017 | 0.25 | Carol | Emails to Attorney regarding current bank balances for court motion he was preparing. |
| 10/19/2017 | 8.50 | Carol | Worked on June bankruptcy court reports. |
| 10/20/2017 | 5.75 | Carol | Worked on June bankruptcy court reports. |
| 10/23/2017 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 10/24/2017 | 0.75 | Carol | Emails to Attorney regarding professional fee's and correction to monthly report. |
| 10/30/2017 | 1.00 | Carol | Several Emails to Antony Leitz Regional Director of Operations and Attorney regarding difficulty with commercial laundry equipment repair vendor. |
| 10/31/2017 | 2.50 | Carol/ Brian | Processing of FFE court order and cutting, FedExing related checks to Marriott. |

25.00

First Hospitality Group, Inc.
10275 W. Higgins Road
Suite 300
Rosemont, IL 60018

# INVOICE

**Customer:** EM Lodgings, LLC - Fairfield Inn East Peoria, IL

**Date:** 12/1/2017

Hours spent on Bankruptcy items

**Nov-17**

| | | | | | |
|---|---|---|---|---|---|
| Hours worked | 22.50 | x | $ 60.00 | = | 1,350.00 |
| (see attached details) | | | | | |

**TOTAL AMOUNT DUE** $ **1,350.00**

EM Lodgings, LLC
Hourly Billing Detail
November 30, 2017

Case: 17-80150

| Date | Time Spent | Person | Description |
|---|---|---|---|
| 11/1/2017 | 0.25 | Carol | Emails to Lenders attorney regarding Marriott payments for FFE work for 2nd and 3rd floors per court order. |
| 11/2/2017 | 1.00 | Carol | Emails to Laura at EM Properties regarding request for payment of professional fees and need for authorization from the court before payment can be processed. |
| 11/7/2017 | 1.00 | Carol/ Brian | Produced trailing 12 (old entity) report for and emailed to EM Lodgings for broker and lender requirement in refinancing. |
| 11/8/2017 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 11/13/2017 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 11/14/2017 | 1.50 | Carol | Emails with attorney discussing fee motion on behalf of FHG and gathering proof of payment to Marriott for renovation costs and emails and cancelled checks regarding the same. |
| 11/15/2017 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 11/20/2017 | 0.75 | Carol | Emails to Attorney regarding STAR reports and bankruptcy status and October report status. |
| 11/22/2017 | 1.50 | Carol | Several emails with Attorney regarding Marriott legal fee's payment orders and clarification. |
| 11/27/2017 | 3.00 | Carol | Prepare Monthly court reports for October. |
| 11/28/2017 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 11/28/2017 | 5.00 | Carol | Prepare Monthly court reports for October. |
| 11/29/2017 | 6.00 | Carol | Prepare Monthly court reports for October. |
| 11/30/2017 | 0.50 | Carol | Email with Attorney regarding budget request and internal discussions with Dan Smith regarding status. |
| | 22.50 | | |

First Hospitality Group, Inc.
10275 W. Higgins Road
Suite 300
Rosemont, IL  60018

# INVOICE

**Customer:** EM Lodgings, LLC - Fairfield Inn East Peoria, IL

**Date:** 1/1/2018

Hours spent on Bankruptcy items

**Dec-17**

| | | | | |
|---|---|---|---|---|
| Hours worked | 27.75 | x | $ 60.00 | = | 1,665.00 |
| (see attached details) | | | | |

**TOTAL AMOUNT DUE**  $  1,665.00

EM Lodgings, LLC
Hourly Billing Detail
December 31, 2017

Case: 17-80150

| Date | Time Spent | Person | Description |
|---|---|---|---|
| 12/4/2017 | 0.50 | Carol | Emails to Attorney regarding request for Satisfaction reports and budget request status and follow with Dan Smith regarding the same. |
| 12/5/2017 | 1.50 | Carol/Anthony Brian | Prepare weekly revenue and expense report. Emails to get guest satisfaction information from hotel (Anthony Lietz) and to Attorney. |
| 12/11/2017 | 1.25 | Carol/Brian | Prepare weekly revenue and expense report. Emails to Attorney and Dan Smith regarding budget status and approval of employee bonuses. |
| 12/12/2017 | 2.00 | Carol | Emails to Attorney regarding 2018 budget request and RBS fee invoice/payment information. |
| 12/19/2017 | 2.25 | Carol/Brian Anthony | Prepare weekly revenue and expense report. Emails and gathering of Marriott QA information and attorney payment status. |
| 12/20/2017 | 3.50 | Carol/Anthony Dan S. | Preparation for Bankruptcy hearing several emails between EM Properties Cathy Stinson, Anthony Lietz, Dan Smith and others on budget 2018 questions, preparation of T12 Report to provide to court. |
| 12/21/2017 | 0.50 | Brian/Carol | Prepare T12 report for court hearing and emails related to same. |
| 12/22/2017 | 4.25 | Carol | Prepare Monthly court reports for November. |
| 12/27/2017 | 3.00 | Carol | Prepare Monthly court reports for November. |
| 12/28/2017 | 5.50 | Carol | Prepare Monthly court reports for November. |
| 12/29/2017 | 3.50 | Carol/Brian | Prepare Monthly court reports for November and weekly revenue and expense report. |

27.75

First Hospitality Group, Inc.
10275 W. Higgins Road
Suite 300
Rosemont, IL 60018

# INVOICE

**Customer:** EM Lodgings, LLC - Fairfield Inn East Peoria, IL

**Date:** 2/1/2018

Hours spent on Bankruptcy items

Jan-18

| | | | | |
|---|---|---|---|---|
| Hours worked (see attached details) | 19.75 | x $ 60.00 | = | 1,185.00 |

**TOTAL AMOUNT DUE** $ **1,185.00**

**EM Lodgings, LLC**
Hourly Billing Detail
January 31, 2018

Case: 17-80150

| Date | Time Spent | Person | Description |
|---|---|---|---|
| 1/2/2018 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 1/8/2018 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 1/12/2018 | 3.00 | Carol | Prepare Monthly court reports for December. |
| 1/16/2018 | 0.75 | Carol/Brian | Prepare weekly revenue and expense report. Emails to Laura Garcia at EM Properties regarding Trustee Fee's invoice. |
| 1/18/2018 | 0.50 | Carol/Brian | Follow-up on attorney payments research and email response. |
| 1/22/2018 | 0.50 | Brian | Prepare weekly revenue and expense report. |
| 1/25/2018 | 0.75 | Carol | Emails with attorney and EM Properties regading Bankruptcy status and cash balance info as well as construction invoicing. |
| 1/26/2018 | 6.50 | Carol | Emails with attorney and EM Properties regading processing issues and status PIP invoice and attorney payments. Prepare Monthly court reports for December. |
| 1/27/2018 | 5.00 | Carol | Prepare Monthly court reports for December. |
| 1/29/2018 | 1.00 | Brian | Prepare weekly revenue and expense report. Processing of W-9 for high priority check cutting for PIP invoice. |
| 1/30/2018 | 0.75 | Brian/Carol | Serveral emails relating to PIP check and attorney's fee payments and FedEx'ing of requested payments. |

19.75