| jbugalski |
| --- |
| 8/29/2017, 9:45 AM |
| APPROVED |

**Rotherham & Company, P.C.**

2308 W. Altorfer Drive
Peoria, IL 61615

(309) 692-3190

EM Lodging, LLC
533 Main St.
Suite 358
Peoria IL 61602
Gary Matthews

Invoice No.: 10187                               Client Code: 198.5
Date:        August 1, 2017                      Page No.: 1

For Professional Services Rendered

Preparation of the Federal and State Partnership Income Tax Returns for the Year Ended 12/31/16.

Amount Due: $ 8,985.00

*[handwritten:]* Ok to BTL owners rep
M. Redd -8/28/17
$8,985.00

*[stamp:]*
Income tax preparation
COMPANY NO. PEF2
VENDOR NO. ROTCOM
ACCOUNT NO. 71210-96
INVOICE AMT. 8,985.00
APPROVED BY IC