# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | |
| EM Lodgings, L.L.C., ) | Case Number 17-80150 |
| ) | (Chapter 7) |
| ) | |
| Debtor ) | |

## MOTION FOR APPROVAL OF PRIVATE SALE PURSUANT TO § 363(b)

NOW COMES Charles E. Covey, Chapter 7 Trustee, pursuant to 11 U.S.C. § 363(b) and moves this Court for an order authorizing him to sell the below described personal property privately to HSIL Associates, LLC, for $9,000.00 cash, which vehicle is free and clear and NOT subject to any liens, and states as follows:

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on February 6, 2017. The case converted to Chapter 7 on March 29, 2018.

2. Charles E. Covey is serving as the chapter 7 bankruptcy trustee in this case.

3. The property to be sold is a 2009 Ford E250 Super Duty van with 85,311 miles (VIN 1FTS24L89DA52756), and will be sold "as is, where is" with no warranties of any kind.

4. This vehicle is free and clear of liens.

5. The buyer, HSIL Associates, LLC has offered $9,000.00 cash for the vehicle, and will assume all transfer costs.

6. The trustee believes that this proposed private sale will generate more money than a public auction.

WHEREFORE, Charles E. Covey, Chapter 7 Trustee, respectfully prays that:

1. The Court authorize the private sale of the 2009 Ford E250 Super Duty van for $9,000.00 cash to HSIL Associates, LLC.

2. This this Court grant such other relief as it deems just and proper.

   /s/ Charles E. Covey_____
Charles E. Covey, Trustee

## PROOF OF SERVICE

A copy of this pleading is being electronically served on the United States Trustee and debtor's attorney by the Bankruptcy Court's CM/ECF system

   /s/ Charles E. Covey_____
Charles E. Covey

Mr. Charles E. Covey
Trustee in Bankruptcy
416 Main Street, Suite 700
Commerce Bank Building
Peoria, Illinois  61602-1180
Telephone:  (309)674-8125