**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-80150 | | | Trustee Name: | Charles E. Covey |
|---|---|---|---|---|---|
| Case Name: | EM LODGINGS L.L.C. | | | Date Filed (f) or Converted (c): | 03/29/2018 (c) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 04/25/2018 |
| | | | | Claims Bar Date: | 06/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $1,208.00 | $1,208.00 | | $0.00 | FA |
| 2 | Busey Bank Checking | $38,086.00 | $38,086.00 | | $0.00 | FA |
| 3 | 4,283.00 - 0.00 = | $4,283.00 | $4,283.00 | | $0.00 | FA |
| 4 | Hotel supplies (some perishable), little or no market value $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Furniture, Fixture and Equipment $577,700.00 Replacement | $577,700.00 | $577,700.00 | | $0.00 | FA |
| 6 | 2009 Ford E-250 Super Duty with 78,913 miles $20,000.00 Replacement | $20,000.00 | $20,000.00 | | $9,000.00 | FA |
| 7 | Real property and improvements with common description of 200 Eastlight Court, East Peoria, Illinois (Hotel) Fee Simple (100%) $10,622,000.00 Appraisal | $10,622,000.00 | $10,622,000.00 | | $0.00 | FA |
| 8 | arriott Hotel Franchise $0.00 N/A | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Commercial liability, auto and real estate insurance policies with Regent Insurance Company (QBE) (Possible refund due for double coverage | Unknown | $0.00 | | $0.00 | FA |
| 10 | Liberty Mutual insurance policies (General liability, workers compensation, auto, frm shop,umbrella, property, crime and environmental liability) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | post-petition payment under 549 (u) | $7,191.00 | $7,191.00 | | $7,191.00 | FA |
| 12 | Preference payment from City of East Peoria (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 13 | Fraudulent transfers to Rocio Matthews (u) | $15,270.20 | $15,270.20 | | $7,850.00 | FA |
| 14 | Preference and post-petition transfers to Constellation NewEngergy. (u) | $8,800.00 | $8,800.00 | | $12,800.00 | FA |
| 15 | Fraudulent transfer to Rocio Matthews (u) | $1,000.00 | $1,000.00 | | $3,000.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $11,299,538.20 | $11,299,538.20 | | $43,841.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-80150 | | Trustee Name: | Charles E. Covey |
| Case Name: | EM LODGINGS L.L.C. | | Date Filed (f) or Converted (c): | 03/29/2018 (c) |
| For the Period Ending: | 06/30/2021 | | §341(a) Meeting Date: | 04/25/2018 |
| | | | Claims Bar Date: | 06/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/27/2021 | Upon further review of trustee's objection to claims I discovered the basis for objection on the amended objection to 16-1 was incorrect. Prepared and filed a second objection to claim 16-1. Will follow through with TFR processing after 08/26/21. |
| 07/27/2021 | Telephone conversation with John Fulton of Fulton Hotel Solutions. Explained trustee's objection to claim 16-1 to him and steps taken to correct it (he filed a new claim 17-1 rather than amending 16-1). Also changed address for him with court. |
| 06/30/2021 | Completed review of claims and filed objections to claims 1-1 & 16-1. |
| | TFR once all objection dates have passed on objections to claims filed. |
| 04/23/2021 | Requested final fees. |
| 05/22/2020 | Andrew Covey is working on preference payments. |
| 06/13/2019 | Andrew Covey is working on preference payments. |
| 05/17/2018 | Motion to sell vehicle filed |
| 05/14/2018 | Application to Employ Andrew Covey filed. |

| Initial Projected Date Of Final Report (TFR): | 06/30/2019 | Current Projected Date Of Final Report (TFR): | 09/15/2021 | /s/ CHARLES E. COVEY |
|---|---|---|---|---|
| | | | | CHARLES E. COVEY |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 17-80150 | | Trustee Name: | Charles E. Covey |
|---|---|---|---|---|
| Case Name: | EM LODGINGS L.L.C. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1555 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2020 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 06/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2018 | (6) | HSIL Associates, LLC | Proceeds from sale of van | 1129-000 | $9,000.00 | | $9,000.00 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $13.11 | $8,986.89 |
| 09/26/2018 | (11) | First Hospitality Group | Recovery of post-petition payment under 549 | 1241-000 | $7,191.00 | | $16,177.89 |
| 11/16/2018 | 3001 | International Sureties, LTD. | Bond allocation | 2300-000 | | $5.26 | $16,172.63 |
| 01/17/2019 | (12) | City of East Peoria | Recovery of preference | 1241-000 | $4,000.00 | | $20,172.63 |
| 02/20/2019 | (13) | Ricio Matthews | Recovery of fraudulent transfer | 1241-000 | $6,850.00 | | $27,022.63 |
| 02/25/2019 | (14) | Constellation NewEnergy Inc. | Preference recovery | 1241-000 | $8,800.00 | | $35,822.63 |
| 04/23/2019 | (14) | U.S. Foods | Recovery of Preference | 1241-000 | $4,000.00 | | $39,822.63 |
| 05/23/2019 | (13) | EM Properties LTD | Recovery of fraudulent transfer | 1241-000 | $1,000.00 | | $40,822.63 |
| 06/21/2019 | (15) | Rocio Mattews/EM Properties | Recovery of fraudulent transfer | 1241-000 | $1,000.00 | | $41,822.63 |
| 08/23/2019 | (15) | EM Properties LTD | Fraudulent Transfer | 1241-000 | $1,000.00 | | $42,822.63 |
| 09/30/2019 | (15) | EM Properties LTD | Preference/Fraudulent Transfer | 1241-000 | $1,000.00 | | $43,822.63 |
| 11/01/2019 | 3002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $17.01 | $43,805.62 |
| 08/05/2020 | 3003 | ANDREW W. COVEY | Per order 345 entered on 07/28/20 | * | | $9,396.20 | $34,409.42 |
| | | | Per order 345 entered on 07/28/20   ($8,948.20) | 3210-000 | | | $34,409.42 |
| | | | Per order 345 entered on 07/28/20   ($448.00) | 3220-000 | | | $34,409.42 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $57.31 | $34,352.11 |
| 11/23/2020 | 3004 | International Sureties, LTD. | Invoice dated 11/04/20 | 2300-000 | | $15.37 | $34,336.74 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $51.85 | $34,284.89 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $55.32 | $34,229.57 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $55.23 | $34,174.34 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.81 | $34,124.53 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $55.06 | $34,069.47 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $56.75 | $34,012.72 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $51.34 | $33,961.38 |
| | | | **SUBTOTALS** | | **$43,841.00** | **$9,879.62** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 17-80150 | Trustee Name: | Charles E. Covey |
|---|---|---|---|
| Case Name: | EM LODGINGS L.L.C. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1555 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2020 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 06/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $53.03 | $33,908.35 |
| | | | **TOTALS:** | | $43,841.00 | $9,932.65 | $33,908.35 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $43,841.00 | $9,932.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $43,841.00 | $9,932.65 | |

| For the period of 07/01/2020 to 06/30/2021 | | For the entire history of the account between 08/07/2018 to 6/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $43,841.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $43,841.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,897.27 | Total Compensable Disbursements: | $9,932.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,897.27 | Total Comp/Non Comp Disbursements: | $9,932.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-80150 | Trustee Name: | Charles E. Covey |
|---|---|---|---|
| Case Name: | EM LODGINGS L.L.C. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1555 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2020 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 06/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $43,841.00 | $9,932.65 | $33,908.35 |

| For the period of 07/01/2020 to 06/30/2021 | | For the entire history of the account between 08/07/2018 to 6/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $43,841.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $43,841.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,897.27 | Total Compensable Disbursements: | $9,932.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,897.27 | Total Comp/Non Comp Disbursements: | $9,932.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHARLES E. COVEY

CHARLES E. COVEY